# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES D. WATSON, LISA WATSON and JAMES D. WATSON DDS, PA, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-1326 |
| ATLANTIC CASUALTY INSURANCE, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiffs' stipulation, (Docket Entry No. 15), this action is dismissed with prejudice.

SIGNED on October 24, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge